THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| LISA HACKFORD, individually and as Personal Representative of the Estate of Todd Killian; AND BRANDON HACKFORD, as Trustee of the TripleKRanch Trust,<br><br>Plaintiffs,<br>vs.<br><br>SCARLET LAND SERVICES, LLC, a Texas limited liability company; and J. MARCUS DAVIS,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:25CV00520 DAK-CMR<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Cecilia M. Romero |

This matter is before the court on (1) Defendants' Motion to Dismiss Amended Complaint, (2) Plaintiffs' Conditional Motion for Leave to Amend, and (3) Defendants' Motion to Strike and/or Disregard Extraneous Matters. The court had set the matter for a hearing, but in reviewing the parties' briefing on the motions, the court has determined that oral argument would not materially assist the court in deciding the pending motions. Consequently, the court has elected to decide the motions on the briefs, and the hearing previously set for December 11, 2025, is vacated.

In their Motion to Dismiss, Defendants seek to dismiss all claims brought by Plaintiffs. First, they seek to dismiss the claims brought by Lisa Hackford in both her individual and representative capacity because, they claim, she is not the real party in interest. Defendants

1

next seek to dismiss the fraud claims because, they contend, Plaintiffs have failed to plead sufficient facts that Defendants either made misrepresentations or failed to disclose material information notwithstanding a duty to do so.  And finally, Defendants argue that Plaintiffs' "mistake" claim and declaratory judgment claim hinge on an allegation of unconscionability, which Defendants contend is conclusory and unsupported.

Plaintiffs, to the contrary, argue that they have alleged sufficient facts to support all their causes of action. Out of an abundance of caution, however, they have filed a conditional Motion for Leave to Amend, including a proposed Second Amended Complaint, in the event the court dismisses any of their claims. Plaintiffs, however, do not contest the dismissal of Lisa Hackford's claims, individually and as Personal Representative of the Estate of Todd Killian, provided that the dismissal is without prejudice.[1]

Accordingly, the court dismisses Lisa Hackford's claims (both individually and as Personal Representative of the Estate of Todd Killian) without prejudice. As to the claims Brandon Hackford, as Trustee of the TripleKRanch Trust, the court is satisfied that Plaintiffs have pleaded sufficient facts to state plausible claims, and dismissal of any claim in the Amended Complaint would be premature at this juncture. In making this determination, the court has not considered what Defendants characterize as "the extraneous matters" raised in Plaintiffs' opposition memorandum, and thus, Defendants' Motion to Strike and/or Disregard Extraneous Matters is moot.

---

[1] *See* ECF No. 23 at 1 n.1 and 23 n.7. The referenced page numbers refer the page numbering generated by CM/ECF in the heading of each page.

## CONCLUSION

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Amended Complaint [ECF No. 18] is GRANTED IN PART AND DENIED IN PART. The claims brought by Lisa Hackford, individually and as Personal Representative of the Estate of Todd Killian, are DISMISSED without prejudice. The court declines to dismiss the claims brought by Brandon Hackford, as Trustee of the TripleKRanch Trust. Plaintiffs' Conditional Motion for Leave to Amend [ECF No. 19] is DENIED AS MOOT; and Defendants' Motion to Strike and/or Disregard Extraneous Matters [ECF No. 30] is DENIED AS MOOT. The hearing previously set for December 11, 2025, is vacated.

DATED this 1st day of December 2025.

BY THE COURT:

DALE A. KIMBALL
United States District Judge